UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO LEE WRIDEN, | ) | Case No. CV 07-8191 RGK(JC) |
| Petitioner, | ) | (~~PROPOSED~~) |
| v. | ) | JUDGMENT |
| W.J. SULLIVAN, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 1, 2011

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE